IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID L. QUILL,

    Petitioner,                   No. CIV S-97-2419 GEB GGH P

    vs.

GEORGE M. GALAZA, et al.,

    Respondents.               <u>ORDER</u>

_____/

        On June 20, 2008, respondent filed a motion to dismiss. Petitioner did not file a response. Accordingly, on August 6, 2008, the court ordered petitioner to show cause within twenty days why respondent's motion should not be granted.

        On September 4, 2008, petitioner filed a pleading stating that he did not receive respondent's motion. This pleading also contains a new address for petitioner. Accordingly, respondent shall re-serve petitioner with the motion at his new address.

        Accordingly, IT IS HEREBY ORDERED that:

        1. Within five days of the date of this order, respondent shall re-serve petitioner with the June 20, 2008, motion to dismiss at the address contained in petitioner's September 4, 2008, pleading; respondent shall file proof of re-service within that time;

2. Petitioner's response to respondent's motion to dismiss is due within thirty days of the date of this order.

DATED: 09/15/08                    /s/ Gregory G. Hollows

                                   _____
                                   UNITED STATES MAGISTRATE JUDGE

quill.ord