1
2
3
4
5
6
7
8                          IN THE UNITED STATES DISTRICT COURT

9                        FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    **DAVID L. QUILL,**                              2:97-cv-02419 GEB GGH P

12                                    Petitioner,      **ORDER**

13              **v.**

14    **GEORGE M. GALAZA, et al.,**

15                                    Respondents.

16

17           Respondents have requested leave to file a late proof of re-service.  GOOD CAUSE

18    APPEARING, Respondents are granted leave to file a late proof of re-service and the proof of re-

19    service is deemed filed.

20

21    DATED: 10/01/08                        /s/ Gregory G. Hollows
                                             UNITED STATES MAGISTRATE JUDGE
22

23
      quil2419.eot
24

25

26

27

28

      Order